Antonio Carpinone, Appellant, v. Jacob Greenspan and Jennie Greenspan, Respondents.— Judgment of the Municipal Court affirmed, with costs. No

opinion. Woodward, Jenks and Miller, JJ., concurred; Hooker, J., dissented; Hirschberg, P. J., not voting.